```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: 6/7/08               │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

ALAN LEVINE,

Plaintiff,

-against-

THE CITY OF NEW YORK, a municipal entity,
NEW YORK CITY POLICE OFFICER "SALLY"
CHARNEER [?] NEW YORK CITY POLICE
OFFICER "JOE" CASTILLO, in their individual and
official capacities,

Defendants.

-------------------------------------------------------------------x

**STIPULATION AND
ORDER OF
SETTLEMENT AND
DISMISSAL**

08 CV 2980 (SAS)

**WHEREAS,** plaintiff commenced this action by filing a complaint on March 24, 2008, alleging violations of his civil rights; and

**WHEREAS,** defendants City of New York, Elizabeth Charneco, and Robin Castillo have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1.    The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2.    The City of New York hereby agrees to pay plaintiff the sum of Four Thousand Dollars ($4,000.00) in full satisfaction of all claims, including claims for costs,

expenses and attorneys' fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all of the claims against defendants City of New York, Elizabeth Charneco, and Robin Castillo, and to release the defendants, and any present or former employees or agents of the City of New York, the New York City Police Department, and any other agency of the City of New York, from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorneys' fees.

3.     Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above and an Affidavit of No Liens.

4.     Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5.     Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or the New York City Police Department.

2

6.    This Stipulation and Order contains all the terms and conditions agreed upon
by the parties hereto, and no oral agreement entered into at any time nor any written agreement
entered into prior to the execution of this Stipulation and Order regarding the subject matter of
the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms
and conditions contained herein.

Dated:     New York, New York
           05/28     , 2008

JAMES I. MEYERSON, ESQ.          MICHAEL A. CARDOZO
Attorney at Law                  Corporation Counsel of the City of
64 Fulton Street, Suite 502        New York
New York, NY  10038              Attorney for Defendants
(212) 226-3310                   100 Church Street
                                 New York, NY  10007
                                 (212) 227-4071

By: _____    By: _____
    James I. Meyerson (JM4304)       Susan P. Scharfstein (SS 2476)

SO ORDERED:

_____
SHIRA A. SCHEINDLIN, U.S.D.J.    6/3/08

3